JOHN H. SCHEIDT, as Executor of LORENZ LEOPOLD, Deceased, Respondent, v. HYMAN EPSTEIN et al., Appellants.

*Leopold* v. *Epstein*, 54 App. Div. 133, affirmed.
(Argued February 19, 1902; decided March 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1900, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Francis A. McCloskey* for appellants.

*Fernando Solinger* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

WILLIAM L. PORTER, Appellant, v. URI RHOADES, as Executor of HARVEY TINKHAM, Deceased, Respondent.

*Porter* v. *Rhoades*, 48 App. Div. 635, appeal dismissed.
(Argued February 20, 1902; decided March 7, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 6, 1900, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial.

*Edwin H. Risley* and *Charles A. Fuller* for appellant.

*Henry B. Coman* and *E. W. Cushman* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and MARTIN, JJ. Not voting: VANN, J.